In the Matter of the Application of HELEN ROBINSON McGRATH for a Construction of the Will of J. ALBERT MAHLSTEDT, Deceased, under Section 145 of the Surrogate's Court Act. HELEN ROBINSON McGRATH, Appellant, Respondent; MINNA M. MAHLSTEDT and FREDERICK H. SEACORD, as Executors, etc., of J. ALBERT MAHLSTEDT, Deceased, Respondents, Appellants; JOHN F. and ROBERT A. MAHLSTEDT, and Others, Respondents.— Decree of the Surrogate's Court of Westchester county modified by eliminating the allowance granted to the petitioner and as so modified affirmed, without costs. We are of opinion that while the court had the power to make the allowance under the amendment to section 278 of the Surrogate's Court Act,█ it was not justified in this case for the reasons, *first*, that the petitioner was not successful, and, *second*, that the services rendered were not beneficial to the estate. Hagarty, Carswell and Scudder, JJ., concur; Lazansky, P. J., and Davis, J., dissent and vote to affirm without modification. [140 Misc. 245.]

In the Matter of the Application of MOREWOOD REALTY HOLDING COMPANY, Appellant, for a Peremptory Order of Mandamus against CHARLES H. SCHMIDT, Town Clerk, CHARLES SNEDEKER, Supervisor, ARTHUR W. JONES and Others, Constituting the Town Board of the Town of North Hempstead, Nassau County, Respondents.— Order denying motion for mandamus order unanimously affirmed, with costs, as a matter of law and not in the exercise of discretion. No opinion. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

In the Matter of the Application of BERTHA PALMER, Respondent, v. FRED LEDER, an Attorney, Appellant, for an Order Directing Him to Turn over the Sum of $300.— Appeal dismissed, with ten dollars costs and disbursements, appellant having abandoned it. Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ., concur.

In the Matter of the General Assignment for the Benefit of Creditors of PARAMOUNT FINISHING CORPORATION to THOMAS O. SHECKELL and WILLIAM WALKER ORR, Assignees, Appellants; MANUFACTURERS TRUST COMPANY, Respondent.†— Order granting motion to direct assignees to pay $1,835 to respondent affirmed, with ten dollars costs and disbursements. No opinion. Kapper, Carswell and Scudder, JJ., concur; Hagarty and Davis, JJ., dissent and vote to reverse.

In the Matter of the Judicial Settlement of the Account of Proceedings of JOHN A. SIEMER and HERMAN H. SIEMER, as Executors and Trustees under the Last Will and Testament of JOHN C. SIEMER, Deceased, Appellants. IRENE A. SIEMER, as General Guardian of DOROTHY SIEMER, an Infant, etc., Respondent.— Decree of the Surrogate's Court of Richmond county unanimously affirmed, with costs to the respondent payable out of the estate. No opinion. Present — Kapper, Hagarty, Carswell, Scudder and Davis, JJ.